Lena Anna SELWAY, as Administratrix of the Estate of Roger Watts Selway, Deceased, Appellee, v. The PENNSYLVANIA RAILROAD COMPANY, Appellant.

No. 406.

Circuit Court of Appeals, Second Circuit.

June 30, 1939.

Burlingham, Veeder, Clark & Hupper, of New York City (Ray Rood Allen and G. Hunter Merritt, both of New York City, of counsel), for appellant.

Simone N. Gazan and Gazan & Caldwell, all of New York City, for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

H. V. B. SMITH, C. D. Rafferty and H. S. McCormick, Co-Partners Trading and Doing Business under the Firm Name and Style of H. J. Baker & Bro., Appellants and Cross-Appellees, v. Motorship THE FERNCLIFF and Glittre Aktieselskabet and Fearnley & Eger, Appellees and Cross-Appellants.

No. 4385.

Circuit Court of Appeals, Fourth Circuit.

April 28, 1939.

Charles R. Hickox, of New York City, and George W. P. Whip, of Baltimore, Md., for appellants and cross-appellees.

George Whitefield Betts, Jr., of New York City, and George Forbes and Henry L. Wortche, both of Baltimore, Md., for appellees and cross-appellants.

PER CURIAM.

Decree of District Court, The Ferncliff, 22 F.Supp. 728, affirmed. Costs divided. Decree filed.

UNITED STATES of America v. BYRON JACKSON COMPANY, a Corporation.

No. 9266.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1939.

Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal.

Arthur J. Hair, of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On motion of appellant, and stipulation of respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

UNITED STATES of America v. CROCKER FIRST NATIONAL BANK OF SAN FRANCISCO.

No. 9265.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1939.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal.

Morrison, Hohfeld, Foerster, Shuman & Clark, of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On motion of appellant, and stipulation of respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.